Case Number: _CV08 0174_

MHP (PR)

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Wells, Frank Orlando_ for the last six months at

[prisoner name]

_Santa Clara County, DOC_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_ .

Dated: _1/22/08_

[Authorized officer of the institution]

_IWF Accountant_

- 5 -

```
                         SANTA CLARA COUNTY DOC
            ================================================

                       Resident Account Summary
                    Tuesday, January 22, 2008  @14:02

            ================================================
  For PFN: BYO919    WELLS, FRANK ORLANDO
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 01/08/2008 | INP | OID:100736702-ComisaryPur | 1.85 | 0.00 | 3.68 | 0.00 | |
| 09/18/2007 | INP | OID:100688270-ComisaryPur | 1.10 | 0.00 | 1.83 | 0.00 | |
| 08/30/2007 | DEPCA | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.73 | 0.00 | |
| 12/06/2005 | RELCASH | RELEASE OR CLOSEOUT TRANS | 0.00 | 0.00 | 0.73 | 0.00 | |
| 11/21/2005 | <INP> | OID:100418498-ComisaryPur | -0.57 | 0.00 | 0.73 | 0.00 | |
| 11/21/2005 | INP | OID:100418498-ComisaryPur | 1.30 | 0.57 | 1.30 | 0.00 | |
| 11/01/2005 | EPR | OID:100409266-ComisaryPur | -21.25 | 0.57 | 0.00 | 0.00 | |
| 10/25/2005 | EPR | OID:100406608-ComisaryPur | -17.65 | 21.82 | 0.00 | 0.00 | |
| 10/18/2005 | EPR | OID:100403292-ComisaryPur | -11.01 | 39.47 | 0.00 | 0.00 | |
| 10/16/2005 | DEPMO | 57-39616112 | 50.00 | 50.48 | 0.00 | 0.00 | |
| 09/06/2005 | EPR | OID:100386443-ComisaryPur | -9.40 | 0.48 | 0.00 | 0.00 | |
| 08/30/2005 | EPR | OID:100383462-ComisaryPur | -30.21 | 9.88 | 0.00 | 0.00 | |
| 08/26/2005 | ERF | OID:100381643-ComisaryRef | 38.93 | 40.09 | 0.00 | 0.00 | |
| 08/24/2005 | EPR | OID:100381643-ComisaryPur | -38.93 | 1.16 | 0.00 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -1.30 | 40.09 | 0.00 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -1.30 | 41.39 | 1.30 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -1.30 | 42.69 | 2.60 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -4.00 | 43.99 | 3.90 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -1.30 | 47.99 | 7.90 | 0.00 | |
| 08/22/2005 | <INP> | Payment for INP on 2005-0 | -0.71 | 49.29 | 9.20 | 0.00 | |
| 08/22/2005 | DEPMO | 57-36172933 | 50.00 | 50.00 | 9.91 | 0.00 | |
| 03/23/2005 | INP | OID:100318528-ComisaryPur | 1.30 | 0.00 | 9.91 | 0.00 | |
| 03/16/2005 | INP | OID:100315360-ComisaryPur | 1.30 | 0.00 | 8.61 | 0.00 | |
| 03/09/2005 | INP | OID:100312248-ComisaryPur | 1.30 | 0.00 | 7.31 | 0.00 | |
| 03/02/2005 | INP | OID:100309748-ComisaryPur | 4.00 | 0.00 | 6.01 | 0.00 | |
| 02/15/2005 | INP | OID:100303728-ComisaryPur | 1.30 | 0.00 | 2.01 | 0.00 | |
| 01/25/2005 | <INP> | OID:100295397-ComisaryPur | -0.59 | 0.00 | 0.71 | 0.00 | |
| 01/25/2005 | INP | OID:100295397-ComisaryPur | 1.30 | 0.59 | 1.30 | 0.00 | |
| 01/11/2005 | EPR | OID:100289980-ComisaryPur | -9.60 | 0.59 | 0.00 | 0.00 | |
| 01/01/2005 | DEPMO | 08-237877379 | 10.00 | 10.19 | 0.00 | 0.00 | |
| 12/14/2004 | EPR | OID:100280036-ComisaryPur | -4.50 | 0.19 | 0.00 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -1.30 | 4.69 | 0.00 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -2.55 | 5.99 | 1.30 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -1.30 | 8.54 | 3.85 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -1.30 | 9.84 | 5.15 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -2.90 | 11.14 | 6.45 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-1 | -2.90 | 14.04 | 9.35 | 0.00 | |
| 12/08/2004 | <INP> | Payment for INP on 2004-0 | -3.06 | 16.94 | 12.25 | 0.00 | |
| 12/08/2004 | DEPMO | 4544378843 | 20.00 | 20.00 | 15.31 | 0.00 | |
| 11/16/2004 | INP | OID:100269262-ComisaryPur | 1.30 | 0.00 | 15.31 | 0.00 | |
| 11/09/2004 | INP | OID:100266217-ComisaryPur | 2.55 | 0.00 | 14.01 | 0.00 | |
| 11/02/2004 | INP | OID:100263785-ComisaryPur | 1.30 | 0.00 | 11.46 | 0.00 | |
| 10/26/2004 | INP | OID:100260973-ComisaryPur | 1.30 | 0.00 | 10.16 | 0.00 | |
| 10/19/2004 | INP | OID:100258354-ComisaryPur | 2.90 | 0.00 | 8.86 | 0.00 | |
| 10/12/2004 | INP | OID:100255509-ComisaryPur | 2.90 | 0.00 | 5.96 | 0.00 | |
| 09/14/2004 | <INP> | OID:100244834-ComisaryPur | -0.34 | 0.00 | 3.06 | 0.00 | |
| 09/14/2004 | INP | OID:100244834-ComisaryPur | 3.40 | 0.34 | 3.40 | 0.00 | |
| 09/07/2004 | EPR | OID:100242248-ComisaryPur | -2.06 | 0.34 | 0.00 | 0.00 | |
| 08/31/2004 | EPR | OID:100239495-ComisaryPur | -0.56 | 2.40 | 0.00 | 0.00 | |
| 08/24/2004 | EPR | OID:100237217-ComisaryPur | -12.22 | 2.96 | 0.00 | 0.00 | |
| 08/17/2004 | EPR | OID:100234186-ComisaryPur | -28.15 | 15.18 | 0.00 | 0.00 | |
| 08/10/2004 | EPR | OID:100232013-ComisaryPur | -21.01 | 43.33 | 0.00 | 0.00 | |
| 08/03/2004 | EPR | OID:100228962-ComisaryPur | -36.70 | 64.34 | 0.00 | 0.00 | |
| 07/27/2004 | EPR | OID:100226870-ComisaryPur | -16.91 | 101.04 | 0.00 | 0.00 | |
| 07/20/2004 | EPR | OID:100224337-ComisaryPur | -44.19 | 117.95 | 0.00 | 0.00 | |
| 07/07/2004 | EPR | OID:100220320-ComisaryPur | -33.41 | 162.14 | 0.00 | 0.00 | |
| 07/01/2004 | <INP> | Payment for INP on 2004-0 | -4.45 | 195.55 | 0.00 | 0.00 | |
| 07/01/2004 | DEPMO | 115482350 | 200.00 | 200.00 | 4.45 | 0.00 | |
| 06/15/2004 | INP | OID:100211682-ComisaryPur | 4.45 | 0.00 | 4.45 | 0.00 | |
| 05/27/2004 | DEPCA | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |

SB

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11    _Frank G. Woods_                    CASE NO. CV 08    0174
                          Plaintiff,
12    vs.
      _Santa Clara VMC_                   **PRISONER'S**
13    _Supervisor, Santa Clara Board of_  **APPLICATION TO PROCEED**
      _Correction, Supervisor_            **IN FORMA PAUPERIS**
14    _Santa's First_        Defendant.
15

16        I, _Frank G. Woods_, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22        In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ____ No _✓_

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _∅_____ Net: _∅_____

27    Employer: _NONE_____

28    _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or              Yes ____ No __✓__

10             self employment

11       b.    Income from stocks, bonds,            Yes ____ No __✓__

12             or royalties?

13       c.    Rent payments?                        Yes ____ No __✓__

14       d.    Pensions, annuities, or               Yes ____ No __✓__

15             life insurance payments?

16       e.    Federal or State welfare payments,    Yes ____ No __✓__

17             Social Security or other govern-

18             ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.    Are you married?                         Yes ____ No __✓__

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.    List amount you contribute to your spouse's support:$ _____

1        b.      List the persons other than your spouse who are dependent upon you for

2                support and indicate how much you contribute toward their support. (NOTE:

3                For minor children, list only their initials and ages. DO NOT INCLUDE

4                THEIR NAMES.).

5

6

7  5.    Do you own or are you buying a home?       Yes ___ No ✓

8  Estimated Market Value: $ _____ Amount of Mortgage: $ _____

9  6.    Do you own an automobile?           Yes ___ No ✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No ✓ _____ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.    Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15

16  Present balance(s): $ _____

17  Do you own any cash? Yes ___ No ✓ Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No ✓

20

21  8.    What are your monthly expenses?

22  Rent: $ _____ Utilities: _____

23  Food: $ _____ Clothing: _____

24  Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ | $ |
| | $ | $ |
| | $ | $ |

1  9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _NONE_____

4  _____

5  10.      Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _N/A_____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _____          _____

17  DATE                                  SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number CV 08 0174.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

__✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk
WECES

rev. 10/25/07